```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

JIMMY C.K. DEAN, Jr., a/k/a         §
Jimmy Craten Dean, Jr., a/k/a       §
Jimmy Craten Dean,[1]               §
    Petitioner,                     §
                                    §
VS.                                 §    CIVIL ACTION NO.4:06-CV-156-Y
                                    §
DOUGLAS DRETKE, Director,           §
T.D.C.J.,Correctional               §
Institutions Div.,                  §
    Respondent.                     §

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
### (With special instructions to the clerk of Court)

In this action brought by petitioner Jimmy C. K. Dean Jr. under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 18, 2006; and

3. The Petitioner's written objections to the proposed findings, conclusions and recommendation of the United States magistrate judge filed on May 4, 2006.

The Court, after <u>de novo</u> review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

---

[1] Throughout the proceedings in state court, petitioner was identified as "Jimmy Craten Dean, Jr. a/k/a Jimmy Craten Dean," and thus the clerk of Court is directed to add this identifier to the docket of this case.

Petitioner Jimmy C. K. Dean Jr.'s petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED May 8, 2006.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE